# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1225

_____

| | | |
|---|---|---|
| In re: Eric J. Snyder, | * | |
| | * | |
| Debtor. | * | |
| ------------------------------------- | * | |
| | * | |
| Eric J. Snyder, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | Bankruptcy Appellate Panel |
| | * | for the Eighth Circuit. |
| John V. LaBarge, Jr.; Jane | * | |
| Dailey Snyder; Jesse Henderson, Jr., | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: November 19, 2003

Filed: December 9, 2003

_____

Before RILEY, McMILLIAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Debtor Eric James Snyder appeals the Bankruptcy Appellate Panel's (BAP) order affirming in part and dismissing in part his appeal from multiple bankruptcy

court[1] orders.  After careful review of the record and submissions, we conclude Snyder's arguments are clearly meritless and do not require extended discussion. Specifically, we find that this appeal is not timely as to any of the orders filed before May 31, 2002; we reject Snyder's finality challenges to the bankruptcy court and BAP orders, as well as to the BAP's and this court's jurisdiction; we find no error in the bankruptcy court's failure to hold a hearing on his motions to extend the time to appeal; we conclude his challenge to the 180-day bar from filing a new bankruptcy petition is now moot, because the prohibition period has long since passed; and we reject his wholly conclusory bias claims.

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable David P. McDonald, United States Bankruptcy Court for the Eastern District of Missouri.